Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.3698
Facsimile: 347.772.3034

Attorneys for Plaintiff
VoIP-Pal.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No.  3:22-CV-03202-JD<br><br>**JOINT STIPULATION OF DISMISSAL** |
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No.  3:22-CV-04279-JD |

Plaintiff VoIP-Pal, Inc. ("VoIP-Pal") and Defendants Meta Platforms, Inc. ("Meta") and WhatsApp LLC ("WhatsApp") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

JOINT STIPULATION OF DISMISSAL
3:22-cv-3202-JD; 3:22-cv-4279-JD

The parties stipulate that all pending requested relief should be denied as moot. The parties stipulate to the dismissal of all of VoIP-Pal's claims in this lawsuit with prejudice. The parties further stipulate that each party is to bear its own fees, expenses, and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 6, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Lewis E. Hudnell, III* | */s/ Josh Glucoft (with permsission)* |
| Lewis E. Hudnell, III (CASBN 218736) | Ellisen S. Turner (SB #224842) |
| lewis@hudnelllaw.com | ellisen.turner@kirkland.com |
| Nicolas S. Gikkas (CASBN 189452) | Joshua Glucoft (SB #301249) |
| nick@hudnelllaw.com | josh.glucoft@kirkland.com |
| HUDNELL LAW GROUP P.C. | Kevin X. Wang (SB #318024) |
| 800 W. El Camino Real Suite 180 | kevin.wang@kirkland.com |
| Mountain View, California 94040 | KIRKLAND & ELLIS LLP |
| Telephone: 650.564.3698 | 2049 Century Park East, 37th Floor |
| Facsimile: 347.772.3034 | Los Angeles, CA 90067 |
| | Telephone: (310) 552-4200 |
| | Facsimile: (310) 552-5900 |
| Attorneys for Plaintiff | |
| VoIP-Pal.com, Inc. | Jeanne M. Heffernan (pro hac vice) |
| | jheffernan@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 401 Congress Avenue |
| | Austin, TX 78701 |
| | Tel: (512) 678-9100 |
| | Fax: (512) 678-9101 |
| | |
| | Kristina R. Cary (pro hac vice) |
| | kristina.cary@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 200 Clarendon Street |
| | Boston, MA 02116 |
| | Tel: (617) 385-7500 |
| | Fax: (617) 385-7501 |
| | |
| | Attorneys for Defendants Meta Platforms, Inc. and WhatsApp LLC |

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that all claims for relief asserted against Meta Platforms, Inc. and WhatsApp LLC are dismissed, with prejudice;

IT IS FURTHER ORDERED that all pending requested relief is denied as moot; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: June 7, 2023

_____
James Donato
United States District Judge